UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

MIGUEL GENAO ESTRELLA,,

                    Plaintiff,                    25-cv-9065(JGK)

          - against -                             ORDER

UNDERCLIFF REALTY CORP.,

                    Defendant.
_____

JOHN G. KOELTL, District Judge:

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the deadline for the defendant to answer or respond to the plaintiff's complaint was January 20, 2026. To date, no answer has been filed.

The time for the defendant to answer or respond to the complaint is extended to **February 4, 2026.** Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

The plaintiff should serve a copy of this Order on the defendant and file proof of service on the docket by **January 27, 2026.**

SO ORDERED.
Dated:    New York, New York
          January 21, 2026

                                        _____
                                            John G. Koeltl
                                        United States District Judge