UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MIGUEL GENARO ESTRELLA,
                                Plaintiff(s)

                                                        25 civ 9065 (JGK)

             -against-

UNDERCLIFF REALTY CORP.,
                                Defendant(s).
------------------------------------------------------------------X

## ORDER

The conference scheduled for Wednesday, February 11, 2026, at 12:00pm, is canceled.

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       February 4, 2026