UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MIGUEL GENAO ESTRELLA,

                    Plaintiff,

        - against -

UNDERCLIFF REALTY CORP., ET
AL.,

                    Defendants.

---

25-cv-9065 (JGK)

Order

John G. Koeltl, District Judge:

The parties are directed to submit an update on the status of this case

by **June 18, 2026**.

SO ORDERED.

Dated:     New York, New York
           June 9, 2026

                                                    _____
                                                         John G. Koeltl
                                                    United States District Judge