UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MIGUEL GENAO ESTRELLA,

                    Plaintiff,

          - against -

UNDERCLIFF REALTY CORP.,

                    Defendant.

---

25-cv-9065 (JGK)

Order

John G. Koeltl, District Judge:

The parties are directed to submit a Rule 26(f) report by **July 6, 2026**.

SO ORDERED.

Dated:      New York, New York
            June 22, 2026

                                        John G. Koeltl
                                  United States District Judge