THE LAW OFFICES OF
**FAUSTO E. ZAPATA, JR., P.C.**

Broadway Chambers Building
277 Broadway, Suite 501
New York, New York 10007

Tel: 212-766-9870 / Fax: 212-766-9869
Email: fz@fzapatalaw.com
Web: www.LaborEmploymentLawFirm.com

July 6, 2026

Hon. John G. Koeltl
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 14A
New York, NY 10007

Re: Miguel Genao Estrella v. Undercliff Realty Corp., et al., SDNY Case No. 25 Civ. 09065 (JGK)

Dear Judge Koeltl,

Our office represents Plaintiff Miguel Genao ("Plaintiff") in the above-referenced matter, which involves claims against Defendants relating to Plaintiff's employment and compensation, including non-collective action FLSA claims.

Pursuant to Section I(C) of Your Honor's Individual Practices, Plaintiff respectfully moves by letter-motion for a seven-day extension of time, from July 6, 2026 to July 13, 2026, for the parties to file their proposed scheduling order.

The original deadline for the parties to file the proposed scheduling order is July 6, 2026. The Court issued its Order directing the parties to file the proposed scheduling order on June 22, 2026. On that date, undersigned counsel was on a previously scheduled bicycle tour in Vermont, during which counsel lacked reliable access to the internet and/or a computer. Undersigned counsel returned to the office on June 30, 2026. Unfortunately, the parties have not yet been able to confer pursuant to Federal Rule of Civil Procedure 26(f). The requested short extension will permit the parties to confer and submit their proposed scheduling order.

No prior requests for an extension of this deadline have been made. No other applications for extensions of deadlines have been filed by the parties. Defendants consent to this application. The requested extension does not affect any other scheduled dates, and therefore no proposed revised scheduling order is attached.

We thank the Court for its consideration.

Respectfully submitted,

Fausto E. Zapata, Jr.

C: File

APPLICATION GRANTED
SO ORDERED

7/7/26

John G. Koeltl, U.S.D.J.