**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

MIGUEL GENAO ESTRELLA,

Plaintiff,

-against-

UNDERCLIFF REALTY CORP., *et al.*

Defendants.

----------------------------------------------------------------x

25-CV-9065 (JGK) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed ECF Nos. 36 and 41. Parties are directed to meet and confer by **October 23, 2026,** and are further directed to file a joint status letter by **October 30, 2026**, detailing the results of that meeting and conferral. If parties are unable to meet and confer by October 23, 2026, parties may be required to do so in-person in my jury room at a date and time of my choosing.

Parties' joint status letter must be a true joint status letter with agreed upon contributions from both parties and must detail what the parties have decided as a result of their meet and confer, what remains to be decided and why, any deadlines or timelines parties have agreed upon, and how parties plan to complete discovery by November 30, 2026. Parties must situate this information in the context of the overall discovery process.

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: October 19, 2026
New York, New York